JACOB M. SCHINDLER v. IRVING G. WARSHAW and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JACOB M. SCHINDLER v. IRVING G. WARSHAW and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JACOB M. SCHINDLER v. IRVING G. WARSHAW and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JACOB M. SCHINDLER v. IRVING G. WARSHAW and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell McAvoy and Burr, JJ.

SARAH L. ROBERTSON v. PRESS PUBLISHING COMPANY.— Motion to dismiss appeal denied.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM GRUBB.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARGARET LANDON, Correct Name MABEL KNAACK.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUISE ROSS.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES S. HAIGHT and Others v. LLOYD ROYAL BELGE SOCIETE ANONYME, a Corporation of the Kingdom of Belgium.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

WILLIAM P. RILEY v. PIERCE OIL CORPORATION.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

TERESA CIPULLO v. JACOB BAEL and Another.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS SCHATZBERG v. ANNIE SCHATZBERG.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

STANDARD RICE COMPANY v. A. KLIPSTEIN & COMPANY.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs; motion for stay granted.   Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

WILLIAM SCRIBNER, as Administrator, etc., of GRACE B. SCRIBNER, Deceased, v. EDWARD K. YOUNG.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ANNA POLSTEIN v. GEORGE J. SHAPIRO.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOSEPH HAHN v. LEON R. FADDEN, Sued Herein as LAWRENCE R. FADDEN, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lots and Premises Situated on Bogart and Radcliffe Avenues, South of Rhinelander Avenue, etc., for School Purposes According to Law.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EUGENE SAXE v. HARRY RATNER.— Motion granted on condition that appeal